IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                              Criminal Action No. 3:23CR00015-005

MICHAEL EDWARD CORNETT

In the presence of Patrick J. Kenney, my counsel, who has fully explained the charges contained in the Second Superseding Indictment against me, and having received a copy of the Second Superseding Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said Second Superseding Indictment and **Counts 1 & 25** thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

5/1/24
_____
Date

_____
Witness